### OAK WORSTED MILLS v. Blakely D. Mc-CAUGHN, Collector of Internal Revenue.

(District Court, E. D. Pennsylvania. July 8, 1925.)

#### No. 3379.

In Equity.

Kirchner, Mitchell & White, of Philadelphia, Pa., George W. Aubrey, of Allentown, Pa., and Frederick G. Fischer, of Philadelphia, Pa., for plaintiff.

George W. Coles, U. S. Atty., and Joseph L. Kun, Asst. U. S. Dist. Atty., both of Philadelphia, Pa., for defendant.

THOMPSON, District Judge. The controlling facts in this case are substantially

identical with those in the case of Emaus Silk Co. v. McCaughn (D. C.) 6 F.(2d) 660, in which an opinion was filed this day.

For the reasons stated in that opinion, plaintiff's motion for preliminary injunction herein is denied, and a decree may be entered dismissing the bill.